Argued January 17, affirmed January 30, 1978

RICHARD ALBERT FITZGERALD, *Appellant,*
*v.*
CUPP, *Respondent.*
(No. 98485, CA 9207)
573 P2d 777

J. Michael Alexander, Salem, argued the cause for appellant. With him on the brief was Brown, Burt & Swanson, P.C., Salem.

Carol J. Molchior, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Anderson v. Gladden,* 234 Or 614, 383 P2d 986 (1963).